**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mary Kelton
Plaintiff,
v.
Abbott Laboratories Inc.
Defendant.

Case No.: 1:22−cv−01991
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion and by agreement of the parties, the 9/1/2026 and 9/2/2026 hearings are stricken and re−set as follows: Oral argument for Rule 702 motions is set for 9/28/2026 at 9:00 a.m. in Courtroom 2503; Oral argument for Motions in Limine is set for 9/30/2026 at 9:00 a.m. in Courtroom 2503. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.