**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mary Kelton
Plaintiff,
v.
Abbott Laboratories Inc.
Defendant.

Case No.: 1:22−cv−01991
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: In−person hearing convened. The court heard oral argument for the summary judgment motion. Over the objection of the Defendant, Plaintiff moves to introduce the Kulkarni case study. The court denies Defendant's motion to strike the corresponding expert reports. The parties will confer and submit a proposal for briefing of issues generated by the Kulkarni disclosure, and any resulting necessary additional discovery or briefing. The jury trial date of 10/15/2026 is stricken to be re−set. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.